USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/18/2025

**MCLAUGHLIN & STERN, LLP**
FOUNDED 1898

| | | |
|---|---|---|
| **BRETT R. GALLAWAY**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX (212) 448–0066<br>www.mclaughlinstern.com | GARDEN CITY, NY<br>MILLBROOK, NY<br>WESTFIELD, NJ<br>WESTPORT, CT<br>WEST PALM BEACH, FL<br>NAPLES, FL |

November 13, 2025

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Gomes De Souza v. Watchtower Bible and Tract Society of Pennsylvania, Inc.*, et al.
               Case No.: 1:25-cv-09458-MMG

Dear Judge Garnett:

     We represent the Plaintiff in the above-captioned action. On November 12, 2025, this action was commenced through the filing of Plaintiff's Complaint. However, the Complaint was inadvertently filed without the intended exhibits. In an effort to correct this deficiency, the Complaint was subsequently re-filed with the exhibits under the Event type "Amended Complaint." We understand this was in error and respectfully request leave of Court to re-file the Complaint along with its exhibits as intended.

     We thank the Court in advance for its time and consideration.

                           Respectfully submitted,

                           Brett R. Gallaway

**MEMO ENDORSED**

**Plaintiff is granted leave to re-file the Complaint along with its exhibits by November 21, 2025. The Complaint initially filed at ECF No. 1 is stricken as incomplete and the First Amended Complaint filed at ECF No. 3 is stricken as filed in error. The Clerk of Court is kindly requested to terminate the motion at ECF No. 7.**

**Date: November 18, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE