# EXHIBIT 1

fls. 18

Este documento é cópia do original, assinado digitalmente por TAINARA MENDES RODRIGUES, liberado nos autos em 31/08/2018 às 17:23 .
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 0068814-21.2017.8.26.0050 e código CA8565.

Emails

**SC Roviezzo diz:**

·Você ficou com medo?

**STęłłå ♥ ♥ diz:**

·ñ

**SC Roviezzo diz:**

·Você parecia estar com medo

**STęłłå ♥ ♥ diz:**

·Naum

·Vc so precisa para quando eu pedi

**SC Roviezzo diz:**

·Quando?

**STęłłå ♥ ♥ diz:**

·Quandu eu tentei empurra vc depois de você ter falado aquilo i vc ñ paro

**SC Roviezzo diz:**

·Me desculpe

·O Luizinho ficou Luizão

·Você sentiu?

**STęłłå ♥ ♥ diz:**

·Sim um pouco

**SC Roviezzo diz:**

·Quer saber quantos centímetros tem?

**STęłłå ♥ ♥ diz:**

·Hum?

**SC Roviezzo diz:**

·18cm

·Agora abre a sua mão e fecha com os dedos juntos sem dobrar os dedos.

**STęłłå ♥ ♥ diz:**

·Ta

Este documento é cópia do original, assinado digitalmente por TAINARA MENDES RODRIGUES, liberado nos autos em 31/08/2018 às 17:23. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 0068814-21.2017.8.26.0050 e código CA8565.

**SC Roviezzo diz:**

·É a grossura, um pouco mais porque os seus dedos são pequenos.

**STęłłå ♥ ♥ diz:**

·Mais pq tão grande?

**SC Roviezzo diz:**

·Pra deixar tudo la dentro

·Você ta com a sua bíblia por perto?

**STęłłå ♥ ♥ diz:**

·Naum pera ai vou pega

**SC Roviezzo diz:**

·Veja Genesis 38:8,9

**STęłłå ♥ ♥ diz:**

·Eu naum entendi

**SC Roviezzo diz:**

·Fala sobre derramar o esperma na terra, é melhor você não acha?

**STęłłå ♥ ♥ diz:**

·Eu naum sei talves sim pq?

**SC Roviezzo diz:**

·Poderia ter muitos problemas depois

**STęłłå ♥ ♥ diz:**

·Cm o que eu fica gravida?

**SC Roviezzo diz:**

·Sim mas também outros. Por isso também tem a camisinha, você já viu uma?

**STęłłå ♥ ♥ diz:**

·Sim os meninos da minha escola vive pegando no posto pra fazer bexiga laksjdlask

**SC Roviezzo diz:**

·Kkk eu já estava pensando que você usou uma

**STęłłå ♥ ♥ diz:**

**SC Roviezzo diz:**

·Porque você não me responde?

**STęłlå ♥ ♥ diz:**

·Oi Angelo naum deu a teuminha queria o celu dela

**SC Roviezzo diz:**

·Onde você esta?

**STęłlå ♥ ♥ diz:**

·Em casa pq?

**SC Roviezzo diz:**

·Eu queria te contar aquela historia, eu posso te ligar?

**STęłlå ♥ ♥ diz:**

·Podi fala

**SC Roviezzo diz:**

·Eu queria te ligar

**STęłlå ♥ ♥ diz:**

·Naum da eu to na sala e não tem forca

**SC Roviezzo diz:**

·Ok, é que seria melhor por telefone

**STęłlå ♥ ♥ diz:**

·disculpa

**SC Roviezzo diz:**

·Foi no Rio de Janeiro, uma menina igual a você se interessou por um homem mais velho e ele por ela e os dois começaram a conversar

·Um dia ele foi a casa dela que era em um apartamento e na hora de ir embora ela acompanhou ele até o estacionamento

·Lá eles decidiram que estavam prontos mas ela estava nervosa e isso acabou machucando os dois.

**STęłlå ♥ ♥ diz:**

·pq?

**SC Roviezzo diz:**

fls. 22

·Porque eles não estavam prontos e quando isso acontece dói.

**STełłå ♥ ♥ diz:**

·o que isso quer dizer?

**SC Roviezzo diz:**

·Eu não vou te forçar eu quero te ensinar, eu tenho 51 anos Stella não 15

·Eu quero te ensinar tudo como um professor

**STełłå ♥ ♥ diz:**

·Hum professor de sexo? laskalsk

**SC Roviezzo diz:**

·Sim

·Eu quero que seja comigo, mas se não for comigo eu quero que você me conte com quem foi.

**STełłå ♥ ♥ diz:**

·Ta bom

**SC Roviezzo diz:**

·Você vai poder sair amanha?

**STełłå ♥ ♥ diz:**

·Eu naum sei eu tenho escola amanha so se eu sair mais cedo

**SC Roviezzo diz:**

·Isso eu espero que saia, me liga se você sair mais cedo. Eu vou na feira, você quer que eu compre alguma coisa pra você?

·Pepino

·Banana

**STełłå ♥ ♥ diz:**

·Naum eu ñ gosto laskalsk brigadu

**SC Roviezzo diz:**

·Depois leia o texto de Juizes 19:25-27

Este documento é cópia do original, assinado digitalmente por TAINARA MENDES RODRIGUES, liberado nos autos em 31/08/2018 às 17:23.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 0068814-21.2017.8.26.0050 e código CA8565.

fls. 23

·Naum eu naum

·Mas eu naum sei, isso dói

**SC Roviezzo diz:**

·Dói para ambos, por isso a Vanessa precisa estar preparada

·Mas quero te dizer uma coisa, é normal sentir vontade de fazer sexo Stella, o livro jovens perguntam diz que é normal até para pessoas mais velhas sentirem isso.

·Cadê você?

**STęłłå ♥ ♥ diz:**

·Discupa a telminha pediu o celu dela

**SC Roviezzo diz:**

·Onde esta o seu celular:

**STęłłå ♥ ♥ diz:**

·Ta sem credito i ñ é mto bom

fls. 24

**SC Roviezzo diz:**

...?

**STefllå ♥ ♥ diz:**

...?

**SC Roviezzo diz:**

Onde você esta?

**STefllå ♥ ♥ diz:**

No meu 4

**SC Roviezzo diz:**

Ta sozinha?

**STefllå ♥ ♥ diz:**

Naum a Tetê ta aqui Tb

**SC Roviezzo diz:**

Eu quero a Vanessa

Voce me dá?

**STefllå ♥ ♥ diz:**

Eu naum sei, tenho que pensar.

**SC Roviezzo diz:**

O Luizão esta louco.

**STefllå ♥ ♥ diz:**

To percebi

**SC Roviezzo diz:**

Desculpe eu não consegui me controlar ontem. Você sentiu?

**STefllå ♥ ♥ diz:**

Naum oq?

**SC Roviezzo diz:**

Saiu quando eu encostei nela. Essa Foi a primeira vez que encostei na Vanessa. Foi muito bom. Por isso eu sobi para trocar a calca. Vamos fazer de novo?

fls. 25

Este documento é cópia do original, assinado digitalmente por TAINARA MENDES RODRIGUES, liberado nos autos em 31/08/2018 às 17:23 .
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 0068814-21.2017.8.26.0050 e código CA8565.

Você mereceu, e um dia todos irão saber.

fls. 26

Para: Stella Cristina Souza

Padre Eduardo de Jesus N°22

08410520

Confidencial

"Todo aquele que pecar sem lei, sem a lei também perecerá, e todo aquele que pecar sob a lei, pela lei será julgado"

-Romanos 2:12

"Que fruto vocês colheram então das coisas as quais agora vocês se envergonharam? O fim delas é a morte!"

- Romanos 6:21

fls. 27

*tella Cristina Souza*

Você será punida pelos seus atos e por envolver a polícia. Sei quem você é, onde você vive e onde você trabalha. Você sofrerá e ninguém acreditará em você.

Estarei observando.

Este documento é cópia do original, assinado digitalmente por TAINARA MENDES RODRIGUES, liberado nos autos em 31/08/2018 às 17:23 . Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 0068814-21.2017.[...]50 e código CA8565.

This document is a copy of the original, digitally signed by TAINARA MENDES RODRIGUES, released in the records on 08/31/2018 at 5:23 p.m.
To verify the original, access the website https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter case no. 0068814-21.2017.8.26.0050 and code CA8565.

---

Page 49

**SC Roviezzo says:**
Were you afraid?

**Stella ♥ ♥ says:**
No.

**SC Roviezzo says:**
You seemed scared.

**Stella ♥ ♥ says:**
No.
But you needed to stop when I asked you to.

**SC Roviezzo says:**
When?

**Stella ♥ ♥ says:**
When I tried to push you after you said that, and you did not stop.

**SC Roviezzo says:**
I'm sorry.
Little Luiz became Big Luiz.
Have you felt it?

**Stella ♥ ♥ says:**
Yes, a bit.

**SC Roviezzo says:**
Do you want to know how many centimeters it is?

**Stella ♥ ♥ says:**
Huh?

**SC Roviezzo says:**
18 cm.
Now open your hand and close it with your fingers together without bending them.

**Stella ♥ ♥ says:**
Ok.

**SC Roviezzo says:**
This is how thick it is, maybe a bit more, because you have small fingers.

**Stella ♥ ♥ says:**
Why so big?

**SC Roviezzo says:**
To put everything inside.
Do you have your Bible nearby?

**Stella ♥ ♥ says:**
No, hang on a second, I'll get it.

**SC Roviezzo says:**
Check Genesis 35:8,9

**Stella ♥ ♥ says:**
I don't understand.

**SC Roviezzo says:**
It is about spilling the sperm on earth. It is better, don't you think?

**Stella ♥ ♥ says:**
I don't know. Maybe. Why?

**SC Roviezzo says:**
There could be many problems afterward.

**Stella ♥ ♥ says:**
Like me getting pregnant?

**SC Roviezzo says:**
Yes, but there are other problems. That's why there are condoms. Have you ever seen one?

**Stella ♥ ♥ says:**
Yes, the boys at school use them to make balloons. lol

**SC Roviezzo says:**
LOL. I thought you had used one.

**Stella ♥ ♥ says:**
[-----]

**SC Roviezzo says:**
Why don't you answer me?

**Stella ♥ ♥ says:**
Hi Angelo, I couldn't. Telminha wanted her cell phone.

**SC Roviezzo says:**
Where are you?

**Stella ♥ ♥ says:**
At home, why?

**SC Roviezzo says:**
I want to tell you a story. Can I call you?

**Stella ♥ ♥ says:**
You can tell me.

**SC Roviezzo says:**
I want to call you.

**Stella ♥ ♥ says:**
It is not possible; I'm in the living room and there is no power.

**SC Roviezzo says:**
It would be better by phone.

**Stella ♥ ♥ says:**
I'm sorry.

**SC Roviezzo says:**
It was in Rio de Janeiro that a girl like you became interested in an older man, and he in her, and the two started talking.
One day, he went to her house, which was an apartment, and when it was time to leave, she walked him to the parking lot.
There, they decided they were ready, but she was nervous, and this ultimately hurt them both.

**Stella ♥ ♥ says:**
Why?

**SC Roviezzo says:**
Because they were not ready, and when this happens, it hurts.

**Stella ♥ ♥ says:**
What does it mean?

**SC Roviezzo says:**
I'm 51 years of age, Stella, not 15. I'm not going to force you; I want to teach you.
I want to teach you everything like a teacher.

**Stella ♥ ♥ says:**
A sex instructor? lol

**SC Roviezzo says:**
Yes.
I want it to be with me, but if it is not with me, I want you to tell me who it was with.

**Stella ♥ ♥ says:**
Ok.

**SC Roviezzo says:**
Can you go out tomorrow?

**Stella ♥ ♥ says:**

I'm not sure. I have school tomorrow. The only option would be to leave earlier.

**SC Roviezzo says:**
I hope that works out. Call me if you leave earlier. I'm going to the market; do you want me to buy something for you?
Cucumber
Banana

**Stella ♥ ♥ says:**
I don't like it. Lol. Thanks.

**SC Roviezzo says:**
Read Judges 19:25-27

*[……….]*

No, no.
I don't know. Does it hurt?

**SC Roviezzo says:**
It hurts for both of us; that's why Vanessa needs to be prepared.

But I want to tell you something. It is normal to feel like having sex, Stella. The book Young People Ask says it is normal, even for older people, to feel that way.

Where are you?

**Stella ♥ ♥ says:**
Sorry, Telminha asked for her phone.

**SC Roviezzo says:**
Where is your cell phone?

**Stella ♥ ♥ says:**
It has no credit, and it is not very good.

**SC Roviezzo says:**
…?

**SC Roviezzo says:**
…?

**SC Roviezzo says:**
Where are you?

**Stella ♥ ♥ says:**
In my bedroom.

**SC Roviezzo says:**
Are you alone?

**Stella ♥ ♥ says:**

No, Tete is here too.

**SC Roviezzo says:**
I want Vanessa.
Will you give her to me?

**Stella ♥ ♥ says:**
I don't know. I have to think.

**SC Roviezzo says:**
Big Luiz is going crazy.

**Stella ♥ ♥ says:**
I realized that.

**SC Roviezzo says:**
Sorry, I couldn't control myself yesterday. Did you feel it?

**Stella ♥ ♥ says:**
No, what?

**SC Roviezzo says:**
It came out when I touched her. It was the first time I touched Vanessa. It was really good. That's why I had to go upstairs to change my pants. Wanna do it again?

---

You deserved it, and one day, everybody will know.

---

> **To: Stella Cristina Souza**
> **Padre Eduardo de Jesus No. 22**
> **08410520**
> **Confidential**

---
**All those who sin without law will also perish without law, and all those under the law will be judged by the law.**
**— Romans 2:12**

---
**"What fruit did you reap then from the things of which you are now ashamed? For the end of those things is death!"**
**— Romans 6:21**

---
*[handwritten]: Stella Cristina Souza*

---
You will be punished for your actions and for involving the police. I know who you are, where you live, and where you work. You will suffer, and no one will believe you.

I will be watching.