# **EXHIBIT 2**


**Adelmo batista**
Active 3h Ago

 Ela está bem agora com a família.

 E como foi o campo hoje?

Mto bom so mto calor ✂️ ksksks

 Isso não é nada.

Nada? Kjsksjs i eu vesti preto quase morri 😆

Você estava muito bonita

Com todo respeito

Brigadu ✂️

Eu poderia ser o seu Segurança particular se quiser

 Um homem grande e forte pra quando você sair

Ksksks brigadu ✂️

 O que você gosta de fazer?



**Adelmo batista**
Active 3h Ago

pipoca, acho que você vai gostar

Estou sozinho em casa se você quiser

Vo pensar kskajska

Q filme vc quer assistir?

O que você quiser

Posso te dizer uma coisa?

Podi rsrs

Eu sempre te achei muito gostosa

Eu poderia te ensinar muitas coisas

Brigadu ✂

To indo dormir agora pq tenho escola amanha. T+

Ta bom, boa noite linda.



## Adelmo batista
Active 3h Ago



Eu poderia ser o seu Segurança particular se quiser



Um homem grande e forte pra quando você sair

> Ksksks brigadu ✂



O que você gosta de fazer?

> Gosto mto de assistir filme e comer kaksks

> i de sair tb tipo parques

> Shopping tb kaksjs

> Vc?

Gosto de assistir filmes também

E de sexo

É muito bom. Você já experimentou?



| Adelmo Batista<br>Active 3h ago | [Blue chat] |
|---|---|
| She's fine now with the family. | |
| And how was field service today? | |
| | Very good, just really hot >< LOL |
| That's nothing. | |
| | Nothing? Lol. I wore black and almost died. |
| You looked very pretty.<br>With all respect. | |
| | Thank you >< |
| I could be your personal bodyguard if you want.<br>A big, strong man for when you go out. | |
| | LOL thanks >< |
| What do you like to do? | |
| | I really like watching movies and eating. LOL<br>And going out too, like going to parks.<br>Malls too. Lol.<br>You? |
| I like watching movies too.<br>And sex.<br>It's terrific. Have you ever tried it? | |
| | No |
| Popcorn, I think you would like it.<br>I'm home alone if you want. | |
| | I'll think about it.<br>What movie do you want to watch? |
| Whatever you want.<br>Can I tell you something? | |

| | |
|---|---|
| I've always thought you are really hot. I could teach you a great deal. | Sure lol |
| | Thank you >< I'm going to sleep now, because I have school tomorrow. See you later. |
| Alright, good night, beautiful. | |