# EXHIBIT 3

Premises: 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n [\' PRY

## RECORD OF STATEMENT 1

### IP (Police Investigation) 609/2017

On July 12, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable CAMILA DELCARO FERNANDES, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **ELIANA MARTINS DE OLIVEIRA SOUZA**, bearer of Identity Card (RG) No. 22.592.640-4 SSP/SP, DAUGHTER OF ORLANDO BATISTA DE OLIVEIRA AND HELENA MARTINS DE OLIVEIRA, BRAZILIAN, BORN IN SÃO PAULO, ON JUNE 27, 1972, 44 YEARS OLD, MARRIED, ADDRESS RUA PADRE EDUARDO DE JESUS, 22 - VILA SANTA CRUZ - CEP (ZIP CODE) 08410-520 - SP, TELEPHONE: 2552-8984 (HOME) /99761-6385 (MOBILE).

Knowing how to read and write, she stated that: she is Stella's paternal aunt; that Stella has been living with the declarant since January 2017; that declarant became aware of the facts as soon as she received anonymous letters at her residence at the abovementioned address, and in one of the letters there are transcripts of conversations between Stella and Angelo; that Stella acknowledged the conversations and reported the abuse to the declarant; the declarant provides a copy of the three anonymous letters she received at her residence, the first received on June 11, 2017, the second on June 18, 2017, and the third on June 28, 2017, the letters did not come in the mail, they were all placed at the front door of the house, and the declarant does not know who sent them; in this act, the declarant provides the address of Angelo Roviezzo's father, Rua Cabrue, 48 A - Vila California - CEP (ZIP Code) 03215-030 - SP, and the address of the congregation that the suspect attends, Rua do Sabia, 35 - Cidade Leme - SP. (countryside of São Paulo), telephone: (19) 3571-9534 João Paulo (elder)/telephone: (19) 98342-4506 (mobile), she clarifies having obtained the information above from the suspect's father, Mr. Alfredo Roviezzo; however, she was unable to obtain the suspect's current home address; that Angelo Roviezzo has always proved to be a man above suspicion; however, the declarant believes her niece; that, on the day the police report was prepared, Stella did not report that the suspect had inserted part of his penis into her vagina, which is why the examination from the Medical  Examiner's Office was not requested; now, examination from the Medical  Examiner's Office is requested, and the declarant undertakes to accompany her niece to the Perola Byington hospital.

Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
CAMILA DELCARO FERNANDES
Chief of Police

[Signature]

[Signature]
ELIANA MARTINS DE OLIVEIRA SOUZA
Declarant

[Signature]
SILVIA K. G. COLONHEZE
Police Clerk

[Signature]

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:22 p.m.

To check the original document, access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code elUaNb3w.

---------------------------------------------------------------------------------------------------------------------------------

Page 15

14

Premises: 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n[\bOQQ

## RECORD

### IP (Police Investigation) 609/2017

On July 12, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable CAMILA DELCARO FERNANDES, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **HACKSON DE SOUZA PAIVA**, BEARER OF IDENTITY CARD (RG) No. 50.041.258-3 SSP/SP, SON OF ORIVALDO FRANCISCO PAIVA AND IVONE DE SOUZA PAIVA, BRAZILIAN, BORN IN SANTO ANDRÉ/SP, ON SEPTEMBER 18,1993, 23 YEARS OLD, SINGLE, FORKLIFT OPERATOR, HOME ADDRESS RUA BENTO SOARES MOTA, 688 - JD SÃO PAULO - SP. TELEPHONE: 2552-8157 / 99224-2567 (MOBILE). The **WITNESS**, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, as usual nothing was said, when questioned by the Authority, he replied that: he met the victim in 2011 and have been friends ever since; that, after a few months of friendship (not knowing the date, not even approximate) they were talking and the witness mentioned marriages that last a lifetime, that he thinks this type of union is very cool; however, he realized that the victim was uncomfortable with the subject and that she was even shaking a little, so he talked to her carefully and she ended up saying that she had been sexually molested, but, at first, she did not say who the person was, the conversation continued and the victim said that Angelo Roviezzo had done it, a person whom the witness knows only by sight since the witness attends another congregation; that the victim said that Angelo touched her and abused her, ran his hands on her and rubbed himself, the victim began to feel very sick and the witness did not want to insist on the subject, but offered his support and said that she had to tell the facts to her family, the victim did not report that there had been sexual intercourse between the parties and did not go into details about the abuse; that, after about two weeks of the first conversation, he asked her if she had reported the incident to her relatives and she said yes, a fact that left the witness unconcerned at the time; that, recently, the victim told the witness that she had received anonymous letters and, with fear, decided to register a police report concerning the sexual abuse involving Angelo Roviezzo.

Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
CAMILA DELCARO FERNANDES
Chief of Police


[Signature]


[Signature]
HACKSON DE SOUZA PAIVA

Witness

[Signature]
SILVIA K. G. COLONHEZE
Police Clerk

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:22 p.m.
To check the original document, access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code 4PiN3VAy.
-------------------------------------------------------------------------------------------------------------------------------------

Page 17<br>16

Premises: 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1<br>OKLMVPCBDKEEGHX^n[\cOQQ

**RECORD**

**IP (Police Investigation) 609/2017**

On July 12, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable CAMILA DELCARO FERNANDES, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **JOSE GUILHERME GOMES**, BEARER OF IDENTITY CARD (RG) No. 18.818.660-8 SSP/SP, SON OF JOÃO GUILHERME GOMES VICENCIA VITAL GOMES, BRAZILIAN, BORN IN SÃO PAULO ON APRIL 28, 1965, 52 YEARS OLD, MARRIED, ELECTRICIAN, HOME ADDRESS RUA CAMAPUANIA, 365 - JD SÃO CARLOS - CEP (ZIP CODE) 08411-420 - SP. TELEPHONE: 95496-2684 (MOBILE). The **WITNESS**, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, as usual, nothing was said, when questioned by the Authority, he answered that: he has been friends with Stella's family for 25 years; that Stella sought him out reporting that she had been sexually abused by Angelo Roviezzo, said that he touched her body, rubbed himself, and ejaculated in the middle of her legs, said that she had become pregnant with him, but drank cinnamon tea with *cachaça,* felt sick and had a miscarriage at home in the bathroom, Stella did not want to tell the family, she did not want her father to know; however, given the witness insistence, the two of them talked to Stella's grandmother, Mrs. Joana, who begged them not to tell it to her son, Stella's father, because she was afraid of her son's attitude and also did not want them to tell other family members; that Joana was shocked to learn about the abuse because Angelo was a trustworthy person; that the witness directed Joana to gather evidence to charge Angelo and he did not report the facts to Stella's father or to any other family member; that the witness knows Angelo only by sight; that he recently visited Eliana, Stella's aunt, and Stella showed him the anonymous letter containing the a dialogue between her and Angelo on the MSN, the same dialogue that Stella's uncle, Jorge Tavares, married to Simone, Stella's aunt, showed the witness in the past, and he obtained the conversation on Stella's Hotmail. Nothing more was said or asked.

Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
CAMILA DELCARO FERNANDES
Chief of Police

[Signature]
JOSE GUILHERME GOMES
Witness

[Signature]
SKGC/CLERK

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:23 p.m.
To check the original document, access
https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code Wiuql6RZ.

--------------------------------------------------------------------------------------------------------------------------------

Page 34
33

Premises: 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n[\eOQQ

**RECORD**

**IP (Police Investigation) 609/2017**

On July 20, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable CAMILA DELCARO FERNANDES, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **JOANA FRANCISCA DE SOUZA**, BEARER OF IDENTITY CARD (RG) No. 20.457.738-X SSP/SP, DAUGHTER OF SEBASTIÃO FRANCISCO DE ALMEIDA AND MARIA RODRIGUES BRITO, BRAZILIAN, BORN IN BARRETOS-SP, ON JULY 16, 1952, 65 YEARS OLD, MARRIED, HOME ADDRESS RUA DOM FRANCISCO DE LEMOS, 8 - GUAIANASES - SP. TELEPHONE: 2961-1499 (HOME). - The **WITNESS**, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, as usual, she said SHE WAS THE VICTIM'S GRANDMOTHER, questioned by the Authority, she answered that: she is the victim's (Stella) paternal grandmother; that Angelo was a member of the congregation and worked in various regions where there were churches, he was always traveling, he seemed to be a very respectful person, and, because of the position he held she was a renowned person; that Angelo resided on Rua Santa Anastazia, 128, and at the front was the congregation and, in the back, the house where Angelo lived, she clarifies that the meetings took place in the congregation and the church, that there were no meetings at his house in the back; that Angelo and his wife took Stella and her two sisters to congregation meetings in other regions, he also took them to watch movies and eat popcorn, she remembers Stella having gone alone on three occasions, but she always thought that his wife was present, she never thought that he could be alone at home, he and his wife were very close and were always together; that she recalls that on one occasion Angelo gave Stella earphones as a gift to talk on the computer and several times she asked Stella who she was talking to through the computer and she said that she spoke to Angelo; however, she never suspected anything; that Stella first reported the abuse to her friend Hackson, and the witness learned of it later, the witness was shocked, she did not know what to do about it, she was surprised by news that she never imagined could happen, and, since then, she went into depression; that the witness was afraid of the reaction of her son Cleber, Stella's father, which is why she did not want him to know about it; that, at the time, Stella was very sick as she was nervous, vomiting a lot, bleeding through her nose, she was not eating and told the witness that she was pregnant and took a pregnancy test that she bought at a drugstore that was positive, but she did not perform the test in front of the witness; that Stella claimed to have lost her child, a miscarriage, at home, did not require medical attention and did not discuss the matter with the witness that day or the days following the miscarriage; that Stella reported Angelo to the congregation and showed the positive pregnancy test, but had already lost the child, the witness was present and alleges that Angelo was

very frightened, with googly eyes, and denied having abused Stella, at the time, it was his word against hers, the witness felt that she could not charge him for the abuse without evidence so she did not do so and did not report the facts to her husband and Cleber, Stella's father, Cleber became aware of the facts in 2017 and her husband is not aware of the facts; that, after Stella's complaint, Angelo was removed from the congregation; that she now provides the address of Angelo Roviezzo, Rua Theobaldo de Castro Meira, 355 - Jd. São Rafael - CEP (ZIP Code) 13615-564 - Leme - SP. Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
CAMILA DELCARO FERNANDES
Chief of Police

[Signature]
JOANA FRANCISCA DE SOUZA
Witness

[Signature]
SILVIA K. G. COLONHEZE
Police Clerk

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:23 p.m.
To check the original document, access
https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code GO690HgH.
-----------------------------------------------------------------------------------------------------------------------------------

Page 43
41

Premises: 8ᵗʰ WOMEN'S PROTECTION POLICE STATION SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n[\fOQQ

**RECORD**

**IP (Police Investigation) 609/2017**

On August 18, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8ᵗʰ WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable CAMILA DELCARO FERNANDES, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **JORGE TAVARES DE LIMA**, BEARER OF IDENTITY CARD (RG) No. 17.681.245-3 SSP/SP, SON OF MANOEL TAVARES DE LIMA AND RUTH SILVA TAVARES DE LIMA, BRAZILIAN, BORN IN SÃO PAULO ON MARCH 13, 1965, 52 YEARS OLD, MARRIED, PROSECUTORS' OFFICE ASSISTANT, HOME ADDRESS RUA JOÃO DA SILVA AGUIAR, 200 - BL B - CASA 7 - LAGEADO - CEP (ZIP Code) 08452-250 - SP. TELEPHONE: 4255-3937 (HOME). The **WITNESS**, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, as usual, he said HE IS THE VICTIM'S UNCLE, when questioned by the Authority, he replied that: he is married to the victim's paternal aunt; regarding the facts, that he became aware of them after some time, Stella herself told him, she reported giving Angelo some tighter hugs to the point of feeling his heart beating and feeling bad about such a situation; however, she did not report other facts, she did not say that he had touched her or that he had rubbed himself on her, much less said that she had become pregnant, that he learned of such facts much later, not knowing how to inform details, not knowing how the miscarriage occurred; that, regarding the messages, he does not remember having printed

messages and showing them to Guilherme or to anyone else, he remembers having seen some messages, but none with compromising content, nothing suggesting that Angelo was abusing Stella; that about two months ago, not knowing the exact date, Stella searched for him and showed anonymous letters that she received, the witness saw the content and immediately said that she would have to register a report about it; he advised her to make on online report and provided his computed to Stella, who was unable to complete the report and was again told by the witness to go to a police station to report the facts, which she refused, saying that it would not be necessary, and the witness insisted on it; that the anonymous letters received by Stella have nothing to do with the messages that the witness saw in the past, they were not the same conversations, the conversations he saw in the past were ordinary "they seemed like two teenagers talking, without any sexual content"; that the witness met Angelo, who was a person he trusted. Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:24 p.m.
To check the original document, access
https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code XB1anyuX.

---------------------------------------------------------------------------------------------------------------------------------------------

Premises: 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n[]]OQQ

## RECORD

### IP (Police Investigation) 609/2017

On September 22, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable FLAVIA DA SILVA ROCHA, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **STELMA CRISTINE GOMES DE SOUZA**, BEARER OF IDENTITY CARD (RG) No. 38.530.607-6 SSP/SP, DAUGHTER OF JOSANE GOMES DE SOUZA and CLEBER FRANCISCO DE SOUZA, BRAZILIAN, BORN IN SUZANO-SP, ON OCTOBER 20, 1999, 17 YEARS OLD, SINGLE, SERVICE PROVIDER, HOME ADDRESS RUA PADRE EDUARDO DE JESUS, 22 - CEP (ZIP CODE) 08410-520 - GUAIANAZES - SP. TELEPHONE: 98211-5973 (MOBILE). The WITNESS, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, as usual, she said SHE IS THE VICTIM'S (STELLA) SISTER, questioned by the Authority, she answered that: she is Stella's sister, the victim; that the witness, Stella, and Stephany attended the church meetings organized by Angelo Roviezzo, she recounts that Angelo was like part of the family and used to say that the witness and her sisters were his daughters, he would pick them up at home, have lunch with them, he was always very close, just like family; that Angelo showed a greater affection for Stella, he always paid more attention to her and touched her, for example: "taking her hand", he also called her to "corners" of the house, while the witness was entertained with the videogame, the witness accompanied Stella to Angelo's house a few times and never mentioned to anyone about the more affectionate treatment he had with Stella because she thought that people would think that the witness was jealous; that, on one occasion, a date that she does not remember, Stella told the witness that she was pregnant and that Angelo was the father, the witness asked her if she would tell that the child was Angelo's and she said no and said that she would say that the child was anyone else's, at the time, she felt sick and vomited a few times, then, on a date that she

does not remember either, Stella reported the facts to her grandmother, Joana, who paid no attention, then, Stella reported the facts to her uncle Jorge, who was left to take action but did nothing; that Stella told the witness that she had severe stomach pain and lost her child, but that there was no one at home when this happened; that Stella never went into details about the abuses, what she knows is that he called her to go to his house, she left school early and went there, there he grabbed her and pressed her on the gate and rubbed himself on her, when he "finished", he said that he would change the pants that were dirty, on another date, which she does not know exactly, he took her to the bedroom and laid her down, after he ejaculated, he asked if "the sperm had reached her" and she said no; however, later, she told the witness that it had reached her and that was when she became pregnant; that the witness is very reserved, shy, she does not like much closeness with people and claims to have never been sexually molested by Angelo; that Stella received some anonymous letters and showed them to her uncle Jorge, who advised her to report the facts to the police. Nothing further. Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
FLAVIA DA SILVA ROCHA
Chief of Police

[Signature]
STELMA CRISTINE GOMES DE SOUZA
Witness

[Signature]
ELIANA MARTINS DE OLIVEIRA SOUZA
REPRESENTATIVE

[Signature]
SILVIA K. G. COLONHEZE
Police Clerk

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:24 p.m.
To check the original document, access
https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code NLUi3890.
--------------------------------------------------------------------------------------------------------------------------------------------

page 57
55

Premises: 8th WOMEN'S PROTECTION POLICE STATION SÃO MATEUS
RDO (Digital Police Report) No.: 1105/2017

Page: 1
OKLMVPCBDKEEGHX^n[]^OQQ

**RECORD**

**IP (Police Investigation) 609/2017**

        On September 22, 2017, in this City of SÃO PAULO, State of São Paulo, at the headquarters of the 8th WOMEN'S PROTECTION POLICE STATION - SÃO MATEUS, where the Honorable FLAVIA DA SILVA ROCHA, the respective Chief of Police, was present with me, the undersigned Police Clerk, there appeared **STEPHANY CRISTINI GOMES DE SOUZA**, BEARER OF IDENTITY CARD (RG) No. 38.530.608-8 SSP/SP, DAUGHTER OF JOSANE GOMES DE SOUZA and CLEBER FRANCISCO DE SOUZA, BRAZILIAN, BORN IN SUZANO-SP, ON APRIL

20, 1997, 20 YEARS OLD, SINGLE, TELEMARKETING OPERATOR, HOME ADDRESS RUA ALÇAPRIMA, 2 - VILA LOURDES - GUAIANASES - CEP (ZIP Code) 08410-270 - SP. TELEPHONE: 97294-4318 (MOBILE). The WITNESS, sworn in pursuant to the law, promised to tell the truth regarding what he/she knew and was asked. Knowing how to read and write, she said SHE IS THE VICTIM'S (STELLA) SISTER, questioned by the Authority, she answered that: she is Stella's sister, the victim; that Angelo was the superintendent of the church and grew close to the sisters, the witness, Stella and Stelma claiming he wanted to help, when asked about what that help would be, she answered that it was spiritually and family related, because their father suffered from alcoholism; that Angelo looked for them to go to his church meetings and, when the girls did not want to go to the meetings he insisted a lot; that Stella and Stelma used go to his house, but the witness did not because she studied in the morning and took courses in the afternoon; that, after a certain time, the witness realized that Angelo treated Stella differently, he gave her "little presents" and gave her a lot of attention, which she began to think was strange because, if his intention was to help them, why would he treat Stella more affectionately than the witness and Stelma, but she never commented about anything with anyone; that, on a date that she cannot remember when, Angelo paid for an excursion for the sisters and took them to where the bus was going to get them, when they got back, he went to pick them up, the witness remembers that Stella sat on the front and he put his hand on her leg, the witness questioned her about it and Stella said "it's better to get away from him, trust me", but she did not explain the reason and the witness did not insist; that, on another occasion, the exact date she does not remember, Angelo went to talk to the witness and they went for a walk, at which point Angelo placed his hand on her shoulder, the witness shied and he said "here I am like your father", and let his hand slide towards her breast and the witness immediately moved away from him; the witness denies having been sexually molested by Angelo, for a while she thought he was treating her differently, giving her more attention, but it did not go beyond that; that Stella reported to Joana and Jorge, grandmother and uncle, that Angelo sexually abused her, the witness does not know the details because Stella had never talked about it with the witness, but she learned that she said she was pregnant and, when she asked her about it, she just said "he raped me". Nothing more was said or asked. Having nothing else to discuss or report, the Authority determined the closing of this document. After reading this document and agreeing to its content, all those present signed it, including me, the Police Clerk, who partially typed it.

[Signature]
FLAVIA DA SILVA ROCHA
Chief of Police

[Signature]
STEPHANY CRISTINI GOMES DE SOUZA
Witness

[Signature]
SILVIA K. G. COLONHEZE
Police Clerk

This is a copy of the original document, digitally signed by TAINARA MENDES RODRIGUES, attached to the case record on August 31, 2018, at 05:25 p.m.
To check the original document, access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the case No. 0068814-21.2017.8.26.0050 and the code fuATrKQG.