AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STELLA CRISTINA GOMES DE SOUZA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-cv-09458-NSR |
| WATCHTOWER BIBLE AND TRACT SOCIETY OF PE ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                    .

Date:   11/19/2025

/s/ Jason S. Giaimo
*Attorney's signature*

Jason S. Giaimo, Esq. - JG0713
*Printed name and bar number*
McLaughlin & Stern, LLP
260 Madison Ave.
New York, NY  10016

*Address*

jgiaimo@mclaughlinstern.com
*E-mail address*

(212) 448-1100
*Telephone number*

(212) 448-0066
*FAX number*