**District** COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT** ATTORNEY: **BRETT R. GALLAWAY, ESQ.**

20251121161111

**AFFIDAVIT OF SERVICE**

STELLA CRISTINA GOMES DE SOUZA
- against -
WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC., ET AL

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

INDEX#
7 25 CV 09458 NSR
DATE OF FILING:

STATE OF: New York   - COUNTY OF: Albany   ss:

I, Angela Roy, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in Letham NY
That on date/time: 11/24/25 @ 10:10, at 99 WASHINGTON AVE  ALBANY  NY  12231
deponent served within: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DEMANDS, EXHIBITS, 40.00
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: THE GOVERNING BODY OF JEHOVAH'S WITNESSES C/O NY SECRETARY OF STATE

[X] Defendant   [ ] Respondent   [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A** [ ]  By personally delivering and leaving with said THE GOVERNING BODY OF JEHOVAH'S WITNESSES C/O NY SECRETARY OF STATE and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B** [X]  By delivering to and leaving with Bryan Milner at One Commerce Plaza, Albany NY 12231 and that he knew the person so served to be Office Mgst. 1 of the corporation.

**SUITABLE AGE PERSON C** [ ]  Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO DOOR, ETC D** [ ]  By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.
1. _____ 2. _____ 3. _____

**MAILING TO RESIDENCE E1** [ ]  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**MAILING TO BUSINESS E2** [X]  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 11/24/25 certified return receipt 9589071052703767 747475

**WITNESS FEE F** [ ]  Witness fee of the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G** [X]  I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H** [X]  DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**
SEX: M   AGE: 30   HEIGHT: 6'2"   WEIGHT: 220 lb   SKIN: White   HAIR: Brown   OTHER: _____

To Be Used Where Electronic Signature Not Available
Served Data:
Subscribed and Sworn to me this 24th day of November, 20 25
Notary Signature: _____
BRADLEY ROY  5/31/27
Name of Notary   Commission Expiration

Docusign Court Approved E-Signature
I, Angela Roy, was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
Signature of Process Server   11/24/2025  Date
License#: _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2027

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tuxedo Park, NY 10987

| | |
|---|---|
| Certified Mail Fee $ | $5.30 |
| | $4.40 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $4.74 |
| Total Postage and Fees $ | $14.44 |

Postmark Here
01:28
07
11/24/2025

Witnesses

Sent To: The Governing Body of Jehovah's Witnesses
Street and Apt. No., or PO Box No.: 1 Kings Dr.
City, State, ZIP+4®: Tuxedo Park NY 10987

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions