AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Stella Cristina Gomes De Souza | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   7:25-cv-09458 NSR |
| Watchtower Bible and Tract Society of Pennsylvania, Ir | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Governing Body of Jehovah's Witnesses

Date:    12/11/2025

*Attorney's signature*

Carl Schaerf CS 5031
*Printed name and bar number*

Kerley Walsh Matera & Cinquemani
2174 Jackson Avenue
Seaford, New York 11783

*Address*

cschaerf@kerleywalsh.com
*E-mail address*

(973) 568-9781
*Telephone number*

*FAX number*