AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| De Souza | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:25-cv-09458-NSR |
| Watchtower Bible and Tract Soceity et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Watchtower Bible & Tract Society of New York, Inc.

Date: 12/11/2025

*Attorney's signature*

Glen Feinberg (89-563)
*Printed name and bar number*

200 Executive Blvd., Suite 200A
Ossining, NY 10562

*Address*

gfeinberg@feinberg-gasbarro.com
*E-mail address*

(914) 391-7671
*Telephone number*

(914) 758-0465
*FAX number*