

20251121092015

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DEMANDS, EXHIBITS
EFFECTED (1) BY ME: John C. Reesbeck
TITLE: PROCESS SERVER  Date: 11/25/25 @ 3:00pm     DATE:

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., ATTN: LEGAL

Place where served:

200 WATCHTOWER DRIVE   PATTERSON  NY  12563

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: Abdias S.

Relationship to defendant: Abdias S. is Authorized Agent

Description of Person Accepting Service:

SEX: M   AGE: 35   HEIGHT: 5'10"   WEIGHT: 180 lbs   SKIN: White   HAIR: Black   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 12/1/2025                                    _____ L.S.
SIGNATURE OF _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ANN L. HOCHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01HO6383075
QUALIFIED IN ROCKLAND COUNTY
MY COMMISSION EXPIRES NOV. 13, 2026

ATTORNEY: BRETT R. GALLAWAY, ESQ.
PLAINTIFF: STELLA CRISTINA GOMES DE SOUZA
DEFENDANT: WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC.; ET AL
VENUE: DISTRICT
DOCKET: 7 25 CV 09458 NSR
COMMENT: