AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| De Souza | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:25-cv-09458-NSR |
| Watchtower Bible and Tract Society of New York, et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Watchtower Bible and Tract Society of New York, Inc.

Date:    12/12/2025

*Attorney's signature*

Joel Monroe Taylor (4315222)
*Printed name and bar number*
412 Clock Tower Commons Dr.
Brewster, NY  10509

*Address*

jtaylor@mmt-law.com
*E-mail address*

(845) 288-0844
*Telephone number*

*FAX number*