20251209100316

| | |
|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, DEMANDS, EXHIBITS, $40 FEE** Angela Roy **PROCESS SERVER** DATE: 12/11/25 @ 7:45 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC., C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA 99 WASHINGTON AVENUE ALBANY NY 12231

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Yvette Hawkins - Office Assistant 1

Relationship to defendant

Description of Person Accepting Service:

SEX: F  AGE: 55  HEIGHT: 5'4"  WEIGHT: 140 lb  SKIN: Blk  HAIR: Blk  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

* Certified Return Receipt - 9589071052703767747352

**STATEMENT OF SERVER**

TRAVEL $_____    SERVICES $_____    TOTAL $_____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 12/11/2025 _____ L.S.
SIGNATURE OF Angela Roy
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: BRETT R. GALLAWAY, ESQ.
PLAINTIFF: STELLA CRISTINA GOMES DE SOUZA
DEFENDANT: WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC., ET AL
VENUE: DISTRICT
DOCKET: 7 25 CV 09458 NSR
COMMENT:

20251209100316

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee    $5.30                                    0207
$                        $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       DEC __ 2025    Postmark
☐ Certified Mail Restricted Delivery $ $0.00                    Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage              $11.90
$                                   USPS-12207
Total Postage and Fees
$ 21.60                              of pendency re
Sent To
  Watchtower Bible and Tract Society
Street and Apt No., or PO Box No.
  200 Watchtower Dr.
City, State, ZIP+4
  Patterson NY 12563

PS Form 3800, January 2023  PSN 7530-02-000-9047  See Reverse for Instructions
```

9589 0710 5270 3767 7473 52