AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| De Souza ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:25-cv-09458-NSR |
| Watchtower Bible and Tract Society of Pennsylvania, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Watchtower Bible and Tract Society of Pennsylvania, Inc. and Watchtower Bible and Tract Society of New York, Inc.

Date: 12/24/2025

*Attorney's signature*

Jeffrey W. Gasbarro 4759015
*Printed name and bar number*

Feinberg & Gasbarro, LLP
200 Executive Blvd, Suite 200A
Ossining, NY 10562

*Address*

jgasbarro@feinberg-gasbarro.com
*E-mail address*

(609) 442-2442
*Telephone number*

(914) 758-0465
*FAX number*