**FEINBERG & GASBARRO**

**Jeffrey W. Gasbarro**
Partner
(609) 442-2442
jgasbarro@feinberg-gasbarro.com

January 22, 2026

**By ECF**
Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **Response to Plaintiff's Motion for Leave to File Excess Pages**
*Gomes De Souza v. Watchtower Bible and Tract Society of Pennsylvania, Inc. et al*
Case No.: 7:25-cv-09458-NSR

Dear Judge Román,

Our firm represents defendants Watchtower Bible and Tract Society of Pennsylvania, Inc. ("WTPA") and Watchtower Bible and Tract Society of New York, Inc. ("WTNY"). In response to Plaintiff's application for leave to file a memorandum of law exceeding the page limit set forth in Your Honor's individual practice rules, *see* ECF Dkt. No. 33, we respectfully adopt the position and arguments set forth by counsel for co-defendant Governing Body of Jehovah's Witnesses their letter filed at ECF Dkt. No 34.

Respectfully submitted,

FEINBERG & GASBARRO, LLP

_____
Jeffrey W. Gasbarro
*Counsel for Watchtower Bible and Tract Society of Pennsylvania, Inc. and Watchtower Bible and Tract Society of New York, Inc.*

CC: All parties by ECF