# KERLEY, WALSH, MATERA & CINQUEM[ANI]

BRIAN P. KERLEY
JEFFREY G. WALSH
ROSEMARY CINQUEMANI
GLENN J. MATERA
JEFFREY M. Di LUCCIO
PATRICK J. SHELLEY
STEPHEN E. RACH II
ROBERT K. LAPPING
TIMOTHY M. SHELLEY
KERRI E. LEVY
MICHAEL JANES
HEATHER L. AQUINO**
BRETT J. MILGRIM
ARGIRO DRAKOS
STEPHANIE A. JOHNSTON
CARL J. SCHAERF**
CAROL N. KOTSINIS**
GARY N. SMITH***
STEVEN J. KIM*

2174 JACKSON AVENUE
SEAFORD, NEW YORK 11783
(516) 409-6200
FAX (516) 409-8288

200 SHEFFIELD STREET, SUITE 208
MOUNTAINSIDE, NEW JERSEY 07092

555 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10017

*REMIT ALL RESPONSES TO THE
SEAFORD OFFICE

JOY WODA SCHNEIDER
**JOHN P. IANNONE, JR.
**JONATHAN R. JANOFSKY
MICHAEL A. GRAZIO
ROBERT O. PRITCHARD
VANESSA M. COSTANTINO
ZACHARY S. GOLDMAN
*MORGAN J. WILLIAMS

OF COUNSEL

KATHLEEN LINDSAY, R.N.
*THOMAS J. DECKER
KRISTEN SPOEREL

*Admitted in NJ
**Admitted in NY and NJ
***Admitted in NY, NJ and PA

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: **2/17/2026**

**MEMO ENDORSED**

February 13, 2026

**Via ECF**

The Honorable Nelson S. Roman
Judge of United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The Court is in receipt of Plaintiff's application to file an Amended Complaint (ECF No. 37) and Defendant's opposition herein (ECF No. 39). Plaintiff's request to file an Amended Complaint is DENIED as untimely because the Court has already set a briefing schedule for which more than 21 days have passed since Defendant served their motion to dismiss.
>
> SO ORDERED:
> Dated: February 17, 2026
> White Plains, New York
>
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: STELLA CRISTINA GOMES DE SOUZA v. WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC.

Civil Action No. 7:25-cv-09458-NSR

Our file: 27208

Dear Judge Roman:

    Our firm represents the individual members of the Governing Body of Jehovah's Witnesses ("Governing Body") in the captioned matter. We are in receipt of plaintiff's letter indicating that he intends to amend his complaint as of right.

    Fed.R.Civ.P. 15(a) as it currently reads provides:

> (1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course no later than:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff's does not contend that this amendment is made within 21 days of service (and we contest service to boot). The motion was served on January 21, 2026, more than 21 days ago. Therefore, under Fed.R.Civ.P. 15(a)(1)(B) there is no amendment as of right.

We do not have the proposed amendment, and our consent to amendment has not been sought. Obviously we cannot consent in a vacuum. We note that we encouraged plaintiff's counsel to make any such applications weeks ago, and he declined to do so.

We would oppose the notion that an amendment would be as of right, and we believe our position is well supported by the Fed.R.Civ.P.

We thank the Court for its kind attention to this submission.

KERLEY, WALSH, MATERA & CINQUEMANI, P.C.

*Carl Schaerf*

By: Carl J. Schaerf, Esq. (CS 5031)
*Attorneys for* The Governing Body of Jehovah's Witnesses
CSchaerf@kerleywalsh.com

cc: All appearing counsel by ECF