UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STELLA CRISTINA GOMES DE SOUZA,<br><br>              Plaintiff,<br><br>-against-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, INC.;<br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.; and<br>THE GOVERNING BODY OF JEHOVAH'S WITNESSES,<br><br>              Defendants. | Case No.: 7-25-cv-09458-NSR |

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMEND THE COMPLAINT AND STAY BRIEFING ON DEFENDANTS' PENDING MOTIONS TO DISMISS**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated February 23, 2026, together with the exhibits annexed thereto; and the accompanying Memorandum of Law, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Nelson Stephen Román, United States District Judge, 300 Quarropas Street, White Plains, New York 10601, on a date to be determined by the Court, for an Order as follows: (i) permitting Plaintiff to file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure; (ii) staying briefing on the pending motions to dismiss of Defendants; and (iii) together with such other and further relief as the Court deems just and proper.

4899-5621-9537, v. 1

Dated: New York, New York
       February 23, 2026

                                            McLAUGHLIN & STERN, LLP

                                            By: _____
                                                  Brett R. Gallaway
                                                  Jason S. Giaimo
                                            260 Madison Avenue
                                            New York, New York 10016
                                            Tel.: (212) 448-1100
                                            bgallaway@mclaughlinstern.com
                                            jgiaimo@mclaughlinstern.com
                                            *Attorneys for Plaintiff*