**FEINBERG & GASBARRO**

**Jeffrey W. Gasbarro**
Partner
(609) 442-2442
jgasbarro@feinberg-gasbarro.com

February 24, 2026

**By ECF**
Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    **Response to Plaintiff's Motion for Leave to Amend the Complaint**
                 *Gomes De Souza v. Watchtower Bible and Tract Society of Pennsylvania, Inc. et al*
                 Case No.: 7:25-cv-09458-NSR

Dear Judge Román,

      Our firm represents defendants Watchtower Bible and Tract Society of Pennsylvania, Inc. ("WTPA") and Watchtower Bible and Tract Society of New York, Inc. ("WTNY").

      Yesterday, Plaintiff e-filed a motion for leave to file an amended complaint, *see* ECF Doc. No. 40. Plaintiff's filing comes after Your Honor's ruling that Plaintiff's "request to file an Amended Complaint is DENIED as untimely because the Court has already set a briefing schedule for which more than 21 days have passed since Defendant served their motion to dismiss," see ECF Doc. No. 39.

      We object to the new motion's filing as in violation of Section 3(A)(ii) of Your Honor's individual practice rules which require a moving party to request a pre-motion conference prior to making a motion. WTPA and WTNY request a conference and an opportunity to be heard with respect to Plaintiff's motion, as described in your individual practice rules.

      Additionally, pursuant to Your Honor's briefing schedule pertaining to our pending motion to dismiss, Plaintiff is required to serve us today with opposition papers, *see* ECF Doc. No. 40 (memo endorsed order setting forth briefing schedule). Plaintiff previously sought, and was

Hon. Nelson S. Román
February 24, 2026
Page 2 of 2

granted, permission to file a 33-page memorandum of law in opposition to our motion, *see* ECF Doc. No. 36. Plaintiff evidently does not intend to serve us today with any opposition to our motion to dismiss, let alone the 33-page memorandum of law that Plaintiff obtained permission to file. Other than including a cursory request in the notice of motion filed yesterday seeking an order "staying briefing on the pending motions to dismiss of Defendants," *see* Doc. No. 40, Plaintiff has not sought or obtained a stay of Your Honor's briefing schedule. We note that Plaintiff has not reached out to us to even propose an agreement to alter the briefing schedule, which, in any event, any modification thereof would require the Court's approval.

If Your Honor intends to allow Plaintiff's motion for leave to amend the complaint to proceed, we request that Your Honor set a briefing schedule permitting us sufficient time to respond thereto.

Respectfully submitted,

FEINBERG & GASBARRO, LLP

_____
Jeffrey W. Gasbarro
*Counsel for Watchtower Bible and Tract Society of Pennsylvania, Inc. and Watchtower Bible and Tract Society of New York, Inc.*

CC: All parties by ECF