# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| De Souza <br> *Plaintiff* <br> v. <br> Watch Tower Bible and Tract Society of Pennsylvania, et al. <br> *Defendant* | Case No. 7:25-cv-09458-NSR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Watchtower Bible and Tract Society of New York, Inc., and Watch Tower Bible and Tract Society of Pennsylvania

Date: 02/25/2026

*Attorney's signature*

Joel Monroe Taylor (4315222)
*Printed name and bar number*
412 Clock Tower Commons Dr.
Brewster, NY 10509

*Address*

jtaylor@mmt-law.com
*E-mail address*

(845) 288-0844
*Telephone number*

*FAX number*