USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2026__

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STELLA CRISTINA GOMES DE SOUZA,

        Plaintiff,

  -against-

WATCHTOWER BIBLE AND TRACT SOCIETY
OF PENNSYLVANIA, INC.;
WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC.; and
THE GOVERNING BODY OF JEHOVAH'S
WITNESSES,

        Defendants.

Case No.: 7-25-cv-09458-NSR

**Plaintiff's motion is stricken as improperly filed for failure to follow the Court's individual rules. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.**

**Dated: February 27, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

### NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMEND THE COMPLAINT AND STAY BRIEFING ON DEFENDANTS' PENDING MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated February 23, 2026, together with the exhibits annexed thereto; and the accompanying Memorandum of Law, Plaintiff, by and through her undersigned counsel, shall move this Court, Honorable Nelson Stephen Román, United States District Judge, 300 Quarropas Street, White Plains, New York 10601, on a date to be determined by the Court, for an Order as follows: (i) permitting Plaintiff to file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure; (ii) staying briefing on the pending motions to dismiss of Defendants; and (iii) together with such other and further relief as the Court deems just and proper.

4899-5621-9537, v. 1

2

Dated:  New York, New York
        February 23, 2026

McLAUGHLIN & STERN, LLP

By: _____
        Brett R. Gallaway
        Jason S. Giaimo
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
bgallaway@mclaughlinstern.com
jgiaimo@mclaughlinstern.com
*Attorneys for Plaintiff*

2

4899-5621-9537, v. 1