# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**JASON S. GIAIMO**
Partner
jgiaimo@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
www.mclaughlinstern.com

WESTFIELD, NEW JERSEY
MILLBROOK, NEW YORK
GARDEN CITY, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

April 27, 2026

**VIA ECF & FAX**
The Honorable Nelson S. Román
Judge of the United States District Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax (914) 390-4179

> **Re:**   *Stella Cristina Gomes de Sousa v.*
> *Watchtower Bible and Tract Society of Pennsylvania, Inc., et al.*
> **Case No.: 7-25-cv-09458-NSR**

Dear Judge Román:

We represent the Plaintiff in the above-referenced action.  We write pursuant to Rule 1.E. of Your Honor's Individual Practices in Civil Cases to respectfully request a one-week extension of Plaintiff's deadline to serve and file her reply in further support of her cross-motion for leave to amend the Complaint.  Specifically, we request that the deadline be extended from May 8, 2026 to May 15, 2026.

This is the first request for an extension of this deadline.  Plaintiff respectfully submits that good cause exists for the requested extension as a result of counsel's existing travel commitments and other impending deadlines.  Moreover, if the request is granted, it will not impact or alter any other deadlines in this action.  Defendants consent to the requested extension.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

*/s/ Jason S. Giaimo*
Jason S. Giaimo

cc:   All Counsel of Record (via ECF)

4937-5360-8614, v. 1