UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STELLA CRISTINA GOMES DE SOUZA,<br><br>                    Plaintiff,<br><br>     -against-<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY<br>OF PENNSYLVANIA, INC.;<br>WATCHTOWER BIBLE AND TRACT SOCIETY<br>OF NEW YORK, INC.; and<br>THE GOVERNING BODY OF JEHOVAH'S<br>WITNESSES,<br><br>                    Defendants. | Case No.: 7-25-cv-09458-NSR<br><br><br>**NOTICE OF PLAINTIFF'S MOTION**<br>**<u>FOR RECONSIDERATION</u>** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiff's

Motion for Reconsideration, and upon all papers and proceedings had herein, Plaintiff, by and

through her undersigned counsel, shall move this Court, before the Honorable Nelson Stephen

Román, United States District Judge, on a date and at a time to be designated by the Court, at the

United States District Courthouse for the Southern District of New York, located at 300 Quarropas

Street, White Plains, New York 10601, pursuant to Local Civil Rule 6.3 of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, for an Order: (i)

reconsidering the Court's May 4, 2026 Order (Dkt. No. 50) staying this action pending resolution

by the New York Court of Appeals of the question certified to it by the Second Circuit Court of

Appeals in *Parker v. Alexander*, 2026 U.S. App. LEXIS 8479 (Mar. 23, 2026); and (ii) together

with such other and further relief as the Court deems just and proper.

1

2

Dated: New York, New York
      May 18, 2026                         McLAUGHLIN & STERN, LLP


                                    By: */s/ Jason S. Giaimo*
                                          Jason S. Giaimo
                                          Brett R. Gallaway
                              260 Madison Avenue
                              New York, New York 10016
                              Tel.: (212) 448-1100
                              jgiaimo@mclaughlinstern.com
                              bgallaway@mclaughlinstern.com
                              *Attorneys for Plaintiff*

2

4938-7442-3469, v. 1